**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GILBERTO SOTO

Plaintiff,                                             Case No.: 6:10-cv-1848-Orl-28KRS

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, GILBERTO SOTO, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: February 16, 2011            Respectfully submitted,

                                       /s Andrew I. Glenn
                                       Andrew I. Glenn
                                       E-mail: Andrew@cardandglenn.com
                                       Florida Bar No. 577261
                                       J. Dennis Card, Jr.
                                       E-mail: Dennis@cardandglenn.com
                                       Florida Bar No. 0487473
                                       Card & Glenn, P.A.
                                       2501 Hollywood Boulevard, Suite 100
                                       Hollywood, Florida 33020
                                       Telephone: (954) 921-9994
                                       Facsimile:  (954) 921-9553
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Jeffrey A. Carter, Esquire
Florida Bar No.: 090832
Email: Jeffrey.Carter@chartisinsurance.com
Law Offices of Scott L. Astrin
101 Southhall Lane, Suite 120
Maitland, FL 32751
Phone: (407) 551-2187
Fax: (407) 551-2201
Attorney for Defendant
Served via CM/ECF