UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

FILED
2011 MAR 16 PM 2:30

GILBERTO SOTO,

    Plaintiff,

vs.                                      Case No.: 6:10-CV-1848-ORL-28-KRS

MONARCH RECOVERY MANAGEMENT, INC.

    Defendant
    _____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

It is stipulated by and between the parties to the above-entitled action, by and through their respective attorneys of record, that the action be dismissed with prejudice and that an Order be entered without further notice.

| | |
|---|---|
| Dated: March 7, 2011 | Dated: March 14, 2011 |
| *[signature]* | *[signature]* |
| Andrew I. Glenn, Esquire | Jeffrey A. Carter, Esquire |
| Card & Glenn, P.A. | Law Offices of Scott L. Astrin |
| Attorneys for Plaintiff | Attorney for Defendant |
| 2501 Hollywood Blvd, Suite 100 | 101 Southhall Lane, Suite 120 |
| Hollywood, FL 33020 | Maitland, FL 32751 |
| Phone (954) 921-9994 | Phone (407) 551-2188 |
| Bar #:577261 | Bar #: 090832 |